FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 2 2015

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-1699mv |
| vs. | ) 18 U.S.C. §§ 13 and 1153 and N.M.S.A. |
| | ) 1978, § 30-6-1(D): Abandonment or |
| DALE DOMINIC GALVAN, | ) Abuse of a Child. |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about April 15, 2014, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **DALE DOMINIC GALVAN**, an Indian, did knowingly, intentionally, and negligently, and without justifiable cause, cause and permit Jane Doe, a child under the age of 18, to be placed in a situation that may have endangered the child's life or health.

In violation of 18 U.S.C. §§ 13, 1153 and N.M.S.A. 1978, § 30-6-1(D).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
5/12/2015 10:45 AM