IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Cr. No. 15-01699-MV |
| ) | |
| **DALE DOMINIC GALVAN,**   ) | |
| ) | |
| Defendant.   ) | |

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE**

    The United States of America respectfully moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Prosequendum directing the Lieutenant or Warden of the Jefferson County Detention Center (Jefferson County, CO), to surrender DALE DOMINIC GALVAN to the United States Marshals Service for the District of New Mexico or his authorized representative and that the United States Marshal or his authorized representative be directed to bring Defendant to the United States Courthouse for the District of New Mexico for the purpose of prosecution in the above-captioned case.

    DALE DOMINIC GALVAN will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete.

    Respectfully submitted,

    JAMES D. TIERNEY
    Acting United States Attorney

<u>Electronically filed May 23, 2017</u>

LUCY B. SOLIMON
Special Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274