# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE

Before the Honorable Kirtan Khalsa

United States Magistrate Judge

| Clerk's Minutes | Initial/Arraignment/Detention | | |
|---|---|---|---|
| Date: | 6/16/2017 | Case Number: | 15cr1699 MV |
| Case Title: USA v. | Dale Dominic Galvan | Liberty: | Rio Grande @ 9:45; 9:48 |
| Courtroom Clerk: | E. Hernandez | Total Time: | 6 minutes |
| Probation/Pretrial: | S. Avila-Toledo | Interpreter: | n/a |

**ATTORNEYS PRESENT:**

| Plaintiff: | Shana Long | Defendant: | Kari Converse |
|---|---|---|---|

**PROCEEDINGS:**

- ☒ First Appearance of Defendant
- ☒ Defendant received a copy of the Indictment
- ☒ Defendant questioned re: time to consult with attorney regarding the penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant is ready to enter a plea
- ☒ Defendant enters a plea of NOT GUILTY to all counts
- ☒ Motions due by: 7/6/2017
- ☒ Discovery Order electronically filed
- ☒ Case assigned to: Judge Vazquez
- ☒ Trial set on trailing docket: TO BE NOTIFIED
- ☒ Defendant remanded to custody of the United States Marshal's Service
- ☐ Other: