**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 18 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 15-01699-MV |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 1153(b) and 13, and N.M. |
| vs. ) | STAT. ANN. § 30-6-1(D)(3) (2009): |
| ) | Child Abuse (No Death or Great Bodily |
| **DOMINIC DALE GALVAN**, ) | Harm). |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about April 15, 2014, in Indian Country, in Rio Arriba County, in the District of New Mexico, the Defendant, **DOMINIC DALE GALVAN,** an Indian, and parent, guardian, custodian, and had accepted responsibility for Jane Doe's welfare, negligently and without justifiable cause, permitted and caused Jane Doe, a child, to be exposed to the inclemency of the weather.

In violation of 18 U.S.C. § 1153(b) and 13, and N.M. STAT. ANN. § 30-6-1(D)(3) (2009).

Respectfully submitted,

JAMES D. TIERNEY
Acting United States Attorney

Lucy Solimon
Special Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274